## Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

Via ECF

June 2, 2025

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Cesar Valencia Garcia*, 22 Cr. 513 (PKC)

Dear Judge Chen:

At my client's behest, I write to respectfully request that the Court appoint new counsel. I submit that Mr. Valencia-Garcia's application should be granted as there has been a breakdown in communication.

Respectfully submitted,

Ezra Spilke

cc:     All counsel of record, by ECF